## GREENLEAF v. SABIN, ADMINISTRATOR OF WELLES.

Expenses incurred subsequent to the decease of the person not subject to the consideration of commissioners.

APPEAL from the judgment of the Court of Probate in accepting the report of commissioners on the insolvent estate of said Welles.

Reasons for the appeal — That said report contained a sum of about £300 exhibited by said administrators and allowed by said commissioners, for providing and supporting the children of said Welles since his decease.

Plea in abatement of the appeal — That the allowance of commissioners in such cases is final, from which no appeal lies.

Judgment — Plea in abatement insufficient, and the judgment of the Court of Probate disaffirmed. See Staniford v. Hide, adjudged at Tolland February Term 1792. The commissioners have to do only with the debts due from the deceased; charges which have been incurred subsequent to the death of the intestate are to be exhibited and allowed by the judge of probate.